IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAOL ENRIQUE CAZARES GARCIA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-02483-DAE |
| v. | § | |
| | § | |
| VENTURELLA, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR ADDITIONAL BRIEFING

Before the Court is Paol Enrique Cazares Garcia's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Respondent Venturella's Response (Dkt. # 5). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within seven days of receipt of this Order,** Petitioner shall file supplemental briefing with answers to the following questions:

1. Respondent Venturella asserts that Petitioner was arrested on or about November 10, 2013, for driving without a driver's license. Please provide further information for the Court related to this encounter and whether it resulted in conviction.

2. Respondent Venturella asserts that Petitioner was arrested on August 23, 2026, for defective brake lights and driving without insurance. Please provide further information for the Court related

to this encounter and whether it resulted in pending charges or conviction.

3. Does Petitioner have any additional criminal history, including convictions or pending charges? If so, please provide additional information.[1]

The Clerk is **INSTRUCTED** to transmit a copy of this Order via certified mail, return receipt requested, to Petitioner at the T. Don Hutto Detention Center.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 17, 2026.

David Alan Ezra
Senior United States District Judge

[1] Petitioner is reminded that when he presents a document to the Court, he is certifying that the facts are true to the best of his knowledge, information and belief. See Fed. R. Civ. P. 11.